IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,
    Plaintiff-Appellant,

v.  No. 13-20265

ASHLEY NICOLE RICHARDS &
    BRENT JUSTICE,
        Defendants-Appellees.

### BRENT JUSTICE'S OPPOSITION TO GOVERNMENT'S MOTION TO SUPPLEMENT RECORD

Appellee Brent Justice opposes the Government's Motion to Supplement Record with videos he and Ms. Richards are charged with creating and/or distributing because: (1) the government did not attempt to introduce these videos into the record in the district court; (2) the videos were not considered by the district court in reaching the decision now under review; and (3) the videos are irrelevant to the purely legal issue facing this Court.

On April 17, 2013, the district court dismissed five of the counts pending against appellees Ashley Richards and Brent Justice after thorough briefing from all parties. The dismissal was based upon the court's finding that the federal "animal crush video" statute, 18 U.S.C. § 48, abridges the freedom of speech protected by the First Amendment. The district court made no factual findings regarding the specific

1

materials underlying the charges against Ms. Richards and Mr. Justice; its decision was a purely legal one. And, in the district court, the government appeared to recognize this – it did not ask the district court to consider the specific videos at issue in making its ruling, and it did not seek to introduce those videos into the record.

The government's point that images from these videos were introduced at the detention hearing in this matter and that the content of the videos was discussed at that hearing is irrelevant. See Gov't Motion at 3. Neither Ms. Richards nor Mr. Justice has appealed the district court's detention decision; the sole matter before this Court is the government's appeal from the district court's order granting Appellees' Motion to Dismiss.

That an amicus lodged a sample animal crush video with the Supreme Court in the course of the United States v. Stevens litigation is also irrelevant. Gov't Motion at 2 (citing United States v. Stevens, 130 S. Ct. 1577, 1598 (2010) (Alito, J., dissenting)). Nothing in Stevens indicates that this video in any way assisted the Court's decision making. Moreover, that it was left to an amicus to introduce this video to the Court shows that the parties to that litigation (including the government) felt no need to introduce factual matters into the purely legal question presented by the defendant's motion to dismiss the indictment.

This Court has routinely held that, even though it has the discretion to do so, it will "generally decline[] to supplement the appellate record with materials not presented to the district court . . . ." Board of Miss. Levee Comm'rs v. United States Envtl. Prot. Agency, 674 F.3d 409, 417 n.4 (5th Cir. 2012); see also Ghali v. United States, 455 Fed. App'x 472, 476 (5th Cir. 2011) (unpublished). Moreover, the government fails to even contend that these videos are relevant. The most it can hypothesize is that "the Court might find it helpful to view the animal crush videos in this case" – although it does not state why.

The government has provided no reason to deviate from this Court's "general rule that a party may not add documents to the record that were not presented to the district court." Board of Miss. Levee Comm'rs, 674 F.3d at 417. Mr. Justice respectfully requests that the Court deny the government's motion.

                                                 Respectfully submitted,

                                                 MARJORIE A. MEYERS
                                                 Federal Public Defender

                                                 s/ Philip G. Gallagher
                                                 PHILIP GEORGE GALLAGHER
                                                 Assistant Federal Public Defender
                                                 Attorneys for Defendant-Appellant
                                                 440 Louisiana Street, Suite 1350
                                                 Houston, Texas  77002-1669
                                                 Telephone:  (713) 718-4600

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2013, the foregoing motion was served upon Department of Justice Attorney John M. Pellettieri and Assistant United States Attorney Renata A. Gowie, counsel for appellant, and Joyce A. Raynor, counsel for appellee Ashley Nicole Richards, by notice of electronic filing with the Fifth Circuit CM/ECF system.

                                        s/ Philip G. Gallagher
                                        PHILIP GEORGE GALLAGHER