# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 13-20265

UNITED STATES OF AMERICA,

    Plaintiff - Appellant

v.

ASHLEY NICOLE RICHARDS; BRENT JUSTICE,

    Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Texas, Houston

O R D E R :

    IT IS ORDERED that appellant's opposed motion to supplement the record with video material is *granted*;

    IT IS FURTHER ORDERED that appellant's opposed motion to place the video material under seal is *granted*.

                                                                   _____
                                                                   EDITH H. JONES
                                                    UNITED STATES CIRCUIT JUDGE